# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jezabel Diminico, | Case No. 2:22-cv-01041-RFB-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| GEICO Casualty Company, | |
| Defendant. | |

Before the Court is Defendant Geico Casualty Company's motion, which reads "Motion to Bifurcate and/or Stay Discovery on Extra-Contractual Claims." ECF No. 16. Plaintiff opposed at ECF No. 17, and Defendant replied at ECF No. 22.

Based on the title of the motion, this appeared to be a request by Defendant to bifurcate and/or stay discovery. Upon reading the briefs, it is clear Defendant wishes to (1) bifurcate the contractual and extra-contractual claims for purposes of trial, (2) bifurcate discovery on these two claims, and (3) stay discovery.

First, the Court would like to clarify that the District Judge will be making determinations regarding the propriety of bifurcating these claims for purposes of trial.

Second, as to the discovery matters, Defendant has not provided any points and authorities in support of its request to stay or bifurcate discovery. As a result, the Court denies Defendant's motion to bifurcate and/or stay discovery (ECF No. 16) under LR 7-2(d).

The hearing set for October 5, 2022 at 2:00 p.m. is vacated.

DATED: September 29, 2022

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE