THOMAS E. WINNER
Nevada Bar No. 5168
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
twinner@winnerfirm.com
*Attorneys for Defendant GEICO Cas. Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEZABEL DIMINICO, as Special Administrator to the Estate of FRANCISCO VASQUEZ, III, deceased, and as heir to the Estate of FRANCISCO VASQUEZ, III, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, DOES I through X, ROE CORPORATIONS I through X, inclusive,<br><br>Defendant(s). | CASE NO.: 2:22-cv-01041<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM** |

Defendant GEICO CASUALTY COMPANY ("Defendant") hereby moves this Court for an Order substituting counsel as follows:

Plaintiff requests that Matthew J. Douglas, Esq. be substituted Thomas E. Winner, Esq. currently listed as Winner & Booze attorney representing Defendant. Matthew J. Douglas, Esq., is no longer employed at Winner & Booze and is no longer participating in this litigation.

Defendant continues to be represented in this action by the law firm of Winner & Booze. The substitution of counsel is purely within the firm and will neither delay this matter nor prejudice Plaintiffs. Based on the foregoing, Defendant respectfully requests that Thomas E. Winner, Esq., be substituted as counsel, and that Matthew J. Douglas, Esq. be allowed to withdraw as counsel in this matter.

Thomas E. Winner's contact information is as follows:

Thomas E. Winner, Esq.
Winner Booze
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 243-7000
Email: twinner@winnerfirm.com

Dated this 3rd day of March, 2023.

Respectfully submitted,

*Monica Sanchez*
Monica Sanchez
Authorized Representative of Defendant, GEICO Cas. Co.

| Dated this 3rd day of March, 2023. | Dated this 3rd day of March, 2023. |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ *Thomas E. Winner* | /s/ *Matthew J. Douglas* |
| Thomas E. Winner, Esq.<br>Nevada Bar No. 5168 | Matthew J. Douglas, Esq.<br>Nevada Bar No. 11371 |
| Attorney for Defendant | Attorney for Defendant |

**IT IS SO ORDERED.**

Dated: _____March 13_____, 2023

_____
UNITED STATES MAGISTRATE JUDGE