1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Jonathan W. Carlson
   Nevada Bar No. 10536
3    *jonathan.carlson@mccormickbarstow.com*
   Cheryl A. Grames
4  Nevada Bar No. 12752
     *cheryl.grames@mccormickbarstow.com*
5  Henry H. Kim
   Nevada Bar No. 14390
6    *henry.kim@mccormickbarstow.com*
   8337 West Sunset Road, Suite 350
7  Las Vegas, Nevada 89113
   Telephone:   (702) 949-1100
8  Facsimile:   (702) 949-1101

9  Attorneys for GEICO CASUALTY COMPANY

10                   UNITED STATES DISTRICT COURT

11                         DISTRICT OF NEVADA

12

13  JEZABEL DIMINICO, as Special              Case No. 2:22-cv-01041-RFB-BNW
    Administrator to the Estate of FRANCISCO
14  VASQUEZ, III, Deceased, and as heir to the
    Estate of FRANCISCO VASQUEZ, III,         **STIPULATION AND ORDER TO**
15  Deceased,                                 **DISMISS WITH PREJUDICE**

16         Plaintiffs,

17    v.

18  GEICO CASUALTY COMPANY, DOES I
    through X, inclusive, and ROE
19  CORPORATIONS I through X, inclusive,

20         Defendants.

21

22        IT IS HEREBY STIPULATED between the parties named above, by and through their

23  respective counsel of record, that the above-entitled matter be dismissed with prejudice.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:22-cv-01041-RFB-BNW
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: <u>Diminico v. GEICO</u>
Case No. 2:22-cv-01041-RFB-BNW

Each party will bear their own costs and attorneys' fees.

DATED this 22 day of June, 2023

LAW OFFICE OF JAMES J. REAM

By _____
James J. Ream, Nevada Bar No. 3573
333 North Rancho Drive, Suite 530
Las Vegas, Nevada 89106
Tel. (702) 631-0031

Attorneys for Plaintiff

DATED this 22nd day of June, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
Jonathan W. Carlson, Nevada Bar No. 10536
Cheryl A. Grames, Nevada Bar No. 12752
Henry H. Kim, Nevada Bar No. 14390
337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of June, 2023.

9163504.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

2   Case No. 2:22-cv-01041-RFB-BNW
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2023, a true and correct copy of **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Cheryl A. Schneider*
an Employee of
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

9082470.1